**Order entered October 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00302-CV

### ASHRAF ABDELMONEIM MAHMOUD, Appellant

### V.

### VALERIE GARCIA JACKSON, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-13398**

## ORDER

Before the Court is appellee's October 4, 2021 second motion to extend time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 25, 2021**. We caution appellee that further requests for extension of time will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE